CLOSED

U.S. District Court
Eastern District of Michigan (Detroit)
CRIMINAL DOCKET FOR CASE #: 2:13-mj-30778-DUTY-1

Case title: United States of America v. Zaazhoa
Other court case number: 97M60 USDC - VT

Date Filed: 12/16/2013
Date Terminated: 12/19/2013

Assigned to: Honorable Unassigned

### Defendant (1)

**Michael Zaazhoa**  represented by  **Federal Defender**
*TERMINATED: 12/18/2013*  Federal Defender Office
*also known as*  613 Abbott
Mohamed Rafik Mohamed  5th Floor
*TERMINATED: 12/18/2013*  Detroit, MI 48226
  313-967-5542
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*
  *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) District of Vermont | COMMITMENT TO THE DISTRICT OF VERMONT |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Regina R. McCullough** <br> U.S. Attorney's Office <br> 211 W. Fort Street <br> Suite 2001 <br> Detroit, MI 48226 <br> 313-226-9618 <br> Email: regina.mccullough@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2013 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Michael Zaazhoa (1). (JJoh) (Entered: 12/16/2013) |
| 12/16/2013 | | Minute Entry for proceedings held before Magistrate Judge Laurie J. Michelson: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Michael Zaazhoa held on 12/16/2013. **Detention Hearing set for 12/18/2013 01:00 PM** (Tape #: LJM 12/16/2013) (Defendant Attorney: Todd Shankar) (AUSA: Regina McCullough) (JJoh) (Entered: 12/16/2013) |
| 12/16/2013 | | Minute Entry for proceedings held before Magistrate Judge Laurie J. Michelson: Removal Hearing as to Michael Zaazhoa WAIVED on 12/16/2013. (Tape #: LJM 12/16/2013) (Defendant Attorney: Todd Shankar) (AUSA: Regina McCullough) (JJoh) (Entered: 12/16/2013) |
| 12/16/2013 | 2 | ORDER APPOINTING FEDERAL DEFENDER as to Michael Zaazhoa. Signed by Magistrate Judge Laurie J. Michelson. (DWor) (Entered: 12/17/2013) |
| 12/16/2013 | 3 | WAIVER of Rule 5 Hearings by Michael Zaazhoa (DWor) (Entered: 12/17/2013) |
| 12/16/2013 | 4 | ORDER OF TEMPORARY DETENTION as to Michael Zaazhoa. Signed by Magistrate Judge Laurie J. Michelson. (DWor) (Entered: 12/17/2013) |
| 12/18/2013 | | Minute Entry for proceedings held before Magistrate Judge Laurie J. Michelson: Detention Hearing as to Michael Zaazhoa held on 12/18/2013. Disposition: Defendant consents to detention. (Tape #: LJM 12/18/2013) (Defendant Attorney: Rhonda Brazile) (AUSA: Regina McCullough) (JJoh) (Entered: 12/18/2013) |
| 12/18/2013 | 5 | COMMITMENT TO ANOTHER DISTRICT. Defendant committed to District of District of Vermont. Signed by Magistrate Judge Laurie J. Michelson. (PMil) (Entered: 12/19/2013) |
| 12/18/2013 | 6 | CONSENT ORDER OF DETENTION PENDING TRIAL as to Michael Zaazhoa. Signed by Magistrate Judge Laurie J. Michelson. (PMil) (Entered: 12/19/2013) |
| 12/19/2013 | 7 | NOTICE transferring case to *DISTRICT OF VERMONT* as to Michael Zaazhoa. (PMil) (Entered: 12/19/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2014 09:34:40 | | | |
| **PACER Login:** | us3540 | **Client Code:** | law |
| **Description:** | Docket Report | **Search Criteria:** | 2:13-mj-30778-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |