UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>                         )<br>v.  )    Docket No. 2:97-MJ-60<br>                         )<br>MICHAEL ZAAZHOA,  )<br>    Defendant.  ) | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Complaint against Michael Zaazhoa, the defendant, without prejudice, in the above-captioned case.

Dated at Burlington, in the District of Vermont, this 31st day of January, 2014.

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA

                                                TRISTRAM J. COFFIN
                                                United States Attorney

By:    */s/ Paul J. Van de Graaf*
        PAUL J. VAN DE GRAAF
        First Assistant and Criminal Chief
        P.O. Box 570
        Burlington VT 05402-0570
        (802) 951-6725
        Paul.Van.De.Graaf@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal and the Complaint is hereby dismissed.

Dated: February 28, 2014

                                                /s/ John M. Conroy
                                                JOHN M. CONROY
                                                U.S. Magistrate Judge